

FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 17-0492

# IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 17-0492

KENDRA ESPINOZA, JERI ELLEN
ANDERSON and JAIME SCHAEFER,

    Plaintiffs and Appellees,

v.

MONTANA DEPARTMENT OF REVENUE and
GENE WALBORN, in his official capacity as
DIRECTOR of the MONTANA DEPARTMENT
OF REVENUE,

    Defendants and Appellants.

FILED

AUG 1 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## O R D E R

Plaintiffs request that the Court remand this case to the District Court with instructions to enter final judgment in their favor pursuant to the United States Supreme Court's decision in *Espinoza v. Montana Dep't. of Revenue*, ___ U.S. ___, 207 L. Ed. 2d 679 (2020). Counsel for Defendants do not object to this motion.

Accordingly, IT IS HEREBY ORDERED that this case is remanded to the District Court with instructions to enter judgment in favor of Plaintiffs.

The Clerk is directed to provide copies of this order to all parties and the presiding judge.

DATED this 12th day of August, 2020.

_____
Chief Justice

_____

_____

Justices